## EVANS *v.* BLOODWORTH.

105c 835
f112 751

LEWIS, J. This court can not review a judgment of the judge of the superior court refusing to sanct'o·· a petition for certiorari, when no copy of the petition is emb　　　 the bill of exceptions or at-

tached thereto and verified by the judge. *Central Ry. Co.* v. *White-head*, 105 *Ga.* 492.

*Writ of error dismissed. All concurring, except Lumpkin, P. J., absent.*

Submitted October 18, — Decided November 19, 1898.

*John P. Chatfield,* for plaintiff in error.

*J. W. Lindsey,* contra.